# United States District Court for the Northern District of Illinois

Case Number: 07CV6462                         Assigned/Issued By: J. N.

Judge Name:                                   Designated Magistrate Judge:

---

## FEE INFORMATION

**Amount Due:**  ☐ $350.00   ☐ $39.00   ☐ $5.00
                ☐ IFP       ☐ No Fee   ☐ Other _____
                ☐ $455.00

Number of Service Copies _____          Date: _____

*(For Use by Fiscal Department Only)*

Amount Paid: _____                Receipt #: _____

Date Payment Rec'd: _____               Fiscal Clerk: _____

---

## ISSUANCES

☑ Summons                                    ☐ Alias Summons

☐ Third Party Summons                        ☐ Lis Pendens

☐ Non Wage Garnishment Summons               ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons         _____
                                             _____
☐ Citation to Discover Assets                *(Victim, Against and $ Amount)*

☐ Writ _____
       *(Type of Writ)*

__5__ Original and __5__ copies on __12-7-07__ as to SAUDI REFINING, INC.;
                                    *(Date)*
SAUDI PETROLEUM INTERNATIONAL, INC. (2 DIFFERENT C/O'S); ARAMCO

SERVICES COMPANY (2 DIFFERENT C/O'S)