# United States District Court for the Northern District of Illinois

Case Number: 07CV6462     Assigned/Issued By: J. N.

Judge Name:               Designated Magistrate Judge:

## FEE INFORMATION

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00
               ☐ IFP       ☐ No Fee   ☐ Other _____
               ☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____           Receipt #: _____

Date Payment Rec'd: _____          Fiscal Clerk: _____

## ISSUANCES

☑ Summons                                    ☐ Alias Summons

☐ Third Party Summons                        ☐ Lis Pendens

☐ Non Wage Garnishment Summons               ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons         _____
                                             _____
                                             (Victim, Against and $ Amount)

☐ Citation to Discover Assets

☐ Writ _____
       (Type of Writ)

__5__ Original and __5__ copies on __12-7-07__ as to PDV AMERICA, INC.;
                                    (Date)
PDV HOLDING, INC.; PDV MIDWEST REFINING, LLC; MOTIVA ENTERPRISES, LLC

; CITGO PETROLEUM CORPORATION ( 2 DIFFERENT C/O'S)

C:\wpwin80\docket\feeinfo.frm     03/14/05