# United States District Court for the Northern District of Illinois

Case Number: 07CV6462                Assigned/Issued By: J. N.

Judge Name:                          Designated Magistrate Judge:

## FEE INFORMATION

*Amount Due:*  ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☒ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____        Receipt #: _____

Date Payment Rec'd: _____       Fiscal Clerk: _____

## ISSUANCES

☒ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                       _____
☐ Citation to Discover Assets          (Victim, Against and $ Amount)

☐ Writ _____
     (Type of Writ)

__5__ Original and __5__ copies on __12-7-07__ as to  GETTY PETROLEUM
                                   (Date)
MARKETING, INC.;LUKOIL AMERICAS CORPORATION; LUKOIL PAN AMERICAS, LLC

(2 DIFFERENT C/O'S)

C:\wpwin80\docket\feeinfo.frm    03/14/05