# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                      Case Number: 07 cv 6462
CENTRAL OIL ENERGY, INC.,
v.
SAUDI ARABIAN OIL COMPANY d/b/a SAUDI ARAMCO,
et al.,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ARAMCO SERVICES COMPANY, SAUDI REFINING, INC. and SAUDI PETROLEUM INTERNATNIONAL, INC.

| |
|---|
| NAME (Type or print)<br>J. Timothy Eaton |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ J. Timothy Eaton |
| FIRM<br>Shefsky & Froelich, Ltd. |
| STREET ADDRESS<br>111 E. Wacker Drive, Suite 2800 |
| CITY/STATE/ZIP<br>Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>0707341 | TELEPHONE NUMBER<br>(312) 527-4000 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐