IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL OHIO ENERGY, INC.,<br>on behalf of itself and<br>all others similarly situated,<br><br>             Plaintiff,<br>    v.<br><br>SAUDI ARABIAN OIL COMPANY d/b/a<br>SAUDI ARAMCO<br>SAUDI PETROLEUM INTERNATIONAL,<br>INC.,<br>ARAMCO SERVICES COMPANY,<br>SAUDI REFINING, INC.,<br>MOTIVA ENTERPRISES LLC,<br>PETROLEOS de VENEZUELA S.A.,<br>PDV AMERICA,INC.,<br>CITGO PETROLEUM CORPORATION,<br>PDV HOLDING, INC.,<br>PDV MIDWEST REFINING, LLC,<br>OPEN JOINT STOCK COMPANY<br>"OIL COMPANY LUKOIL" a/k/a<br>OAO LUKOIL a/k/a LUKOIL OAO<br>a/k/a LUKOIL HOLDINGS,<br>LUKOIL AMERICAS CORPORATION,<br>LUKOIL INTERNATIONAL TRADING<br>AND SUPPLY COMPANY; LUKOIL<br>PAN AMERICAS LLC;<br>GETTY PETROLEUM MARKETING<br>INC.<br><br>             Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Dow, Robert M., Jr.<br><br>07CV6462 |

**STIPULATION AND PROPOSED ORDER FOR ENLARGEMENT OF TIME**

WHEREAS Plaintiff and the Stipulating Defendants[1] in the above-captioned action wish

---

[1] The Stipulating Defendants are Aramco Services Company; Saudi Petroleum International, Inc; Saudi Refining, Inc.; Motiva Enterprises, LLC; CITGO Petroleum Corporation; PDV America,

to determine an appropriate and efficient case-management schedule; and

WHEREAS on December 11, 2007, the Court issued a Minute Order setting the instant case for an Initial Status Hearing on January 10, 2008 and requiring counsel to meet and confer to prepare and file a Joint Status Report by January 6, 2008; and

WHEREAS some of the defendants in the instant action have been served with process, and the due date for such defendants to plead or move in response to the Complaint, in the absence of any extension of time, is December 31, 2007; and

WHEREAS the instant action is related to the following actions: *Fast Break Foods v. Saudi Aramco Corp., et al*, No. 06CV6594 (N.D. Ill. Nov. 30, 2006) (the Fast Break Foods Action"), currently pending before Judge Andersen in this District; *Green Oil Co. v. Saudi Arabian Oil Co. d/b/a Saudi Aramco, et al.*, No. 07CV3617 (N.D. Ill. June 27, 2007) (the "Green Oil Action"), currently pending before Judge Kocoras in this District; *Spectrum Stores v. CITGO Petroleum, et al*, No. H-06-3569 (S.D. Tex.) (the "Spectrum Action"); *Countywide Petroleum Co. v. Petroleos de Venezuela, S.A., et. al*, No. 1:07CV1632 (N.D. Ohio) (the "Countywide Action"); and *S-Mart Petroleum Inc. v. Petroleos de Venezuela, S.A. et al.*, Case No. 07-CV-1179 (D.D.C.) (the S-Mart Action"); and

WHEREAS on December 18, 2007, in the matter styled *In re Refined Petroleum Products Antitrust Litigation*, MDL No. 1886 (the "MDL Proceedings"), the Judicial Panel on Multidistrict Litigation ("JPML") issued an order transferring the Fast Break Foods, Green Oil, Countywide and S-Mart Actions to the Southern District of Texas and consolidating those actions with the Spectrum Action for pre-trial proceedings before Judge Sim Lake (the "MDL Order," attached hereto as Exhibit A); and

---

Inc.; PDV Holding, Inc.; PDV America Midwest Refining, LLC; Lukoil Pan-Americas LLC; and Getty Petroleum Marketing Inc.

WHEREAS on November 26, 2007, Plaintiff submitted a memorandum in the MDL Proceedings identifying the instant action as related to the actions at issue in the MDL Proceedings and supporting the consolidation of this action with those actions; and

WHEREAS pursuant to the MDL Order, the JPML is treating the instant action as a "potential tag-along action[]" (MDL Order at n.3), and the Plaintiff and Stipulating Defendants agree that the instant action is properly viewed as a tag-along to MDL 1886; and

WHEREAS the Plaintiff and the Stipulating Defendants have met and conferred on this issue in good faith, and no prior application for extension has been made on this issue;

IT IS HEREBY STIPULATED AND AGREED, by Plaintiff and the undersigned Stipulating Defendants through their respective counsel, that the time within which each defendant may plead or otherwise move in response to Plaintiff's Complaint shall be suspended hereby and that each defendant's response to the Complaint shall be due in accordance with a further order of this Court or the transferee court, as the case may be, at an appropriate juncture after the JPML has determined whether the instant case should be transferred as a tag-along to MDL 1886;

IT IS FURTHER STIPULATED AND AGREED that a continuance of the Initial Status Hearing and the deadline for the parties to submit a Joint Status Report until the JPML has determined whether the instant case should be transferred as a tag-along to MDL 1886 would be appropriate and would conserve judicial resources and the resources of the parties. Accordingly, the parties hereby respectfully request that the Court issue an order so continuing the Initial Status Hearing and the deadline to submit a Joint Status Report;

IT IS FURTHER STIPULATED AND AGREED that by entering into this Stipulation, Plaintiff has not waived or prejudiced any arguments in opposition to further enlargement of time

to respond to the Complaint, and Stipulating Defendants have not waived or prejudiced any arguments in support of such enlargement. By requesting the relief sought herein, Plaintiff and the Stipulating Defendants agree that neither side is waiving any arguments or positions relating to jurisdiction, the adequacy of service of process, or the merits of any underlying claim or defense, including any defense based on lack of subject matter jurisdiction under the Foreign Sovereign Immunities Act or on the Act of State Doctrine. By entering into this Stipulation, any Stipulating Defendant that has not yet been served with process shall not be considered to have accepted service of the Complaint filed in this case.

Dated: December 26, 2007

*Theodore T. Poulos*
Theodore T. Poulos
Terence H. Campbell
Cotsirilos Tighe & Streicker, Ltd.
Chicago, Illinois 60602
312-263-0345

*Counsel for Plaintiff Central Ohio Energy, Inc.*

_/s/ J. Timothy Eaton_
J. Timothy Eaton
John F. Kennedy
Shefsky & Froelich
111 East Wacker, Suite 2800
Chicago, Illinois 60601
Tel (312) 527-4000
Fax (312) 527-4011
Firm I.D.: 29143

Robert Milne
Elaine Johnston
Michael Gallagher
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8200
(212) 354-8112 (fax)

Carolyn B. Lamm
White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005
(202) 626-3600
(202) 639-9335 (fax)

*Counsel for Defendants Aramco Services Company, Saudi Refining, Inc. and Saudi Petroleum International, Inc.*

---

Ray G. Rezner
Mark Bernstein
Barack, Ferrazzano, Kirschbaum, Perlman, & Nagelberg LLP
333 West Wacker Drive, Suite 2700
Chicago, Illinois 60606
(312) 984-3100

*Counsel for Defendant Motiva Enterprises, LLC*

                                      _____
J. Timothy Eaton
John F. Kennedy
Shefsky & Froelich
111 East Wacker, Suite 2800
Chicago, Illinois 60601
Tel (312) 527-4000
Fax (312) 527-4011
Firm I.D.: 29143

Robert Milne
Elaine Johnston
Michael Gallagher
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8200
(212) 354-8112 (fax)

Carolyn B. Lamm
White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005
(202) 626-3600
(202) 639-9335 (fax)

*Counsel for Defendants Aramco Services Company, Saudi Refining, Inc. and Saudi Petroleum International, Inc.*

/s/ Mark Bernstein
Ray G. Rezner
Mark Bernstein
Barack, Ferrazzano, Kirschbaum & Nagelberg LLP
333 West Wacker Drive, Suite 2700
Chicago, Illinois 60606
(312) 984-3100

*Counsel for Defendant Motiva Enterprises, LLC*

*Andrew G. Klevorn*
Nathan P. Eimer
Andrew G. Klevorn
Chad J. Doellinger
Eimer Stahl Klevorn & Solberg LLP
224 South Michigan Avenue
Suite 1100
Chicago, Illinois 60604

*Counsel for Defendants CITGO Petroleum Corporation and PDV Midwest Refining, LLC*

*Tom McNamara*
Tom McNamara
Gale T. Miller
Dale R. Harris
Davis Graham & Stubbs LLP
1550 17th Street, Suite 500
Denver, Colorado 80202
Tele: (303) 892-7349
Fax: (303) 893-1379

*Counsel for Defendants PDV America, Inc. and PDV Holding, Inc.*

*James P. Tuite*
David L. Doyle
Matthew F. Carmody
Vedder, Price, Kaufman & Kammholz, P.C.
222 North La Salle, Suite 2600
Chicago, Illinois 60601
(312) 609-7500

James P. Tuite
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036
(202) 887-4000
(202) 887-4288 (fax)

*Counsel for Defendants Lukoil Pan-Americas LLC and Getty Petroleum Marketing Inc.*

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| CENTRAL OHIO ENERGY, INC.,<br>on behalf of itself and<br>all others similarly situated,<br><br>        Plaintiff,<br>  vi.<br><br>SAUDI ARABIAN OIL COMPANY d/b/a<br>SAUDI ARAMCO<br>SAUDI PETROLEUM INTERNATIONAL,<br>INC.,<br>ARAMCO SERVICES COMPANY,<br>SAUDI REFINING, INC.,<br>MOTIVA ENTERPRISES LLC,<br>PETROLEOS de VENEZUELA S.A.,<br>PDV AMERICA, INC.,<br>CITGO PETROLEUM CORPORATION,<br>PDV HOLDING, INC.,<br>PDV MIDWEST REFINING, LLC,<br>OPEN JOINT STOCK COMPANY<br>"OIL COMPANY LUKOIL" a/k/a<br>OAO LUKOIL a/k/a LUKOIL OAO<br>a/k/a LUKOIL HOLDINGS,<br>LUKOIL AMERICAS CORPORATION,<br>LUKOIL INTERNATIONAL TRADING<br>AND SUPPLY COMPANY; LUKOIL<br>PAN AMERICAS LLC;<br>GETTY PETROLEUM MARKETING<br>INC.<br><br>        Defendants. | Dow, Robert M., Jr.<br><br>07CV6462 |

## AGREED ORDER

Pursuant to the above Stipulation filed in this action, and good cause appearing, it is hereby

ORDERED that the time within which each defendant may plead or otherwise move in

response to Plaintiff's Complaint is hereby suspended; and further

ORDERED that each defendant's response to the Complaint shall be due in accordance with a further order of this Court or the transferee court, as the case may be, at an appropriate juncture after the JPML has determined whether the instant case should be transferred as a tag-along to MDL 1886; and further

ORDERED that the Initial Status Hearing set for January 10, 2008 and the deadline for the parties to submit a Joint Status Report are hereby continued until further order of the Court.

Dated: _____.

_____
Hon. Robert M. Dow, Jr.
United States District Court Judge