IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| CENTRAL OHIO ENERGY, INC.<br>on behalf of itself and<br>all others similarly situated,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>SAUDI ARABIAN OIL COMPANY d/b/a<br>SAUDI ARAMCO<br>SAUDI PETROLEUM INTERNATIONAL,<br>INC., ARAMCO SERVICES COMPANY,<br>SAUDI REFINING, INC., MOTIVA<br>ENTERPRISES LLC, PETROLEOS<br>de VENEZUELA S.A., PDV AMERICA,<br>INC., CITGO PETROLEUM CORPORATION,<br>PDV HOLDING, INC., PDV MIDWEST<br>REFINING, LLC, OPEN JOINT STOCK<br>COMPANY "OIL COMPANY LUKOIL" a/k/a<br>OAO LUKOIL a/k/a LUKOIL OAO, a/k/a<br>LUKOIL HOLDINGS, LUKOIL AMERICAS<br>CORPORATION, LUKOIL INTERNATIONAL<br>TRADING AND SUPPLY COMPANY;<br>LUKOIL PAN AMERICAS LLC;<br>GETTY PETROLEUM MARKETING, INC.<br><br>　　　　　Defendants. | The Hon. Robert M. Dow, Jr.<br>07cv6462 |

### NOTICE OF FILING

**TO:** See Service List in the Attached Certificate of Service

　　PLEASE TAKE NOTICE that on the 26th day of December, 2007, we filed with the Clerk of the Court of the United States District Court for the Northern District of Illinois, the attached **STIPULATION AND PROPOSED ORDER FOR ENLARGEMENT OF TIME**, a copy of which is herewith served upon you.

Date:  December 26, 2007         ARAMCO SERVICES COMPANY, SAUDI
                                                            REFINING, INC. and SAUDI PETROLEUM
                                                            INTERNATIONAL, INC.


                                                 **By:** /s/ J. Timothy Eaton
                                                         One of Their Attorneys


J. Timothy Eaton – A.R.D.C. #0707341
Shefsky & Froelich
111 East Wacker, Suite 2800
Chicago, Illinois 60601
Tel (312) 527-4000
Fax (312) 527-4011
E-Mail:  teaton@shefskylaw.com
Firm I.D.:  29143

Robert Milne
Elaine Johnston
Michael Gallagher
Raj Gandesha
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8200
(212) 354-8112 (fax)

Carolyn B. Lamm
White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005
(202) 626-3600
(202) 639-9335 (fax)


*Counsel for Defendants Aramco Services Corp.,
Saudi Refining, Inc. and Saudi Petroleum
International, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies and states that a true and accurate copy of the foregoing *NOTICE OF FILING* and **STIPULATION AND PROPOSED ORDER FOR ENLARGEMENT OF TIME** were served upon:

| *Via Electronic Mail* | *Via Electronic Mail* |
|---|---|
| Theodore T. Poulos | Terence H. Campbell |
| tpoulos@cotsiriloslaw.com | tcampbell@cotsiriloslaw.com |

as indicated above from the law offices of Shefsky & Froelich Ltd., 111 E. Wacker Drive, Suite 2800, Chicago, Illinois, before the hour of 5:00 p.m. on the 26th day of December, 2007.

/s/ J. Timothy Eaton

1070072_1