# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>CENTRAL OHIO ENERGY INC. v. SAUDI ARABIAN OIL COMPANY, ET AL. | Case Number: 07-cv-06462 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MOTIVA ENTERPRISES LLC

| |
|---|
| NAME (Type or print)<br>Ray G. Rezner |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Ray G. Rezner |
| FIRM<br>BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP |
| STREET ADDRESS<br>200 WEST MADISON STREET, SUITE 3900 |
| CITY/STATE/ZIP<br>CHICAGO, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>02323605 | TELEPHONE NUMBER<br>(312) 984-3100 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |