# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert M. Dow, Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6462 | **DATE** | 1/3/2008 |
| **CASE TITLE** | Central Ohio Energy, Inc. Vs. Saudi Arabian Oil Company | | |

**DOCKET ENTRY TEXT**

This matter is before the Court on the parties' STIPULATION AND PROPOSED ORDER FOR ENLARGEMENT OF TIME [DE 12], filed by the parties on 12/26/2007. Having reviewed the STIPULATION as well as the parties' AGREED ORDER, the Court ORDERS that this case be STAYED pending a determination by the Judicial Panel on Multidistrict Litigation as to whether this case should be transferred as a tag-along to MDL 1886. The status hearing set for 1/10/2008 at 9:45 a.m., and any additional dates before Judge Robert M. Dow, Jr., are STRICKEN.

Docketing to mail notices.

| | Courtroom Deputy Initials: | |
|---|---|---|